ETHEL RICHARDS, appellant,

*v.*

CHARLES R. RICHARDS, respondent.

[Decided October 2d, 1936.]

*Mr. Arthur L. Hurst (Mr. George D. Mulligan,* of counsel), for the appellant.

*Mr. John J. Flaherty, Jr.,* for the respondent.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Advisory Master Grossman, and printed in *14 N. J. Mis. R. 199.*

*For affirmance*—TRENCHARD, CASE, HEHER, PERSKIE, DEAR, WELLS, RAFFERTY, COLE, JJ. 8.

*For reversal*—THE CHIEF-JUSTICE, PARKER, LLOYD, BODINE, HETFIELD, WOLFSKEIL, JJ. 6.